No. 1187. MASTERS *v.* EXECUTOR OF ESTATE OF SMYTHE ET AL. Appeal from App. Ct. Ill., 2d Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 1190. NATIONAL LIFE & ACCIDENT INSURANCE CO. *v.* NOTTER. Appeal from Ct. Civ. App. Tex., 10th Sup. Jud. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 6144. QUINN *v.* CALIFORNIA. Appeal from Ct. App. Cal., 3d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 6457. ANDERSON ET UX. *v.* SECRETARY OF THE TREASURY ET AL. Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 6476. FORD ET AL. *v.* CALIFORNIA. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 1225. REPTILE PRODUCTS ASSN., INC. *v.* DIAMOND, COMMISSIONER OF DEPARTMENT OF ENVIRONMENTAL CONSERVATION OF NEW YORK, ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. ——. DOE ET AL. *v.* SCOTT, ATTORNEY GENERAL OF ILLINOIS, ET AL. Motion to shorten time to docket appeal denied.